**E-Filed 5/18/2011**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CALEB FLITCROFT,<br><br>        Petitioner,<br>  v.<br><br>GREG LEWIS, Warden,<br><br>        Respondent. | Case No. 05:10-cv-4901-JF<br><br>ORDER[1] GRANTING MOTION TO EXCEED PAGE LIMITS |

    Good cause appearing, Petitioner's motion to exceed the page limit set for his brief in support of his traverse is granted.

**IT IS SO ORDERED.**

DATED: May 17, 2011

                                JEREMY FOGEL
                                United States District Judge

---

[1] This disposition is not designated for publication in the official reports.